**Order entered November 23, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01323-CV

**JAMES L. ROSS, Appellant**

**V.**

**JAMES S. BELL, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-02418-C**

## ORDER

Before the Court is appellant's motion for extension of time to file his jurisdictional letter brief. We **GRANT** the motion. Appellant shall file his letter brief on or before December 28, 2015.

/s/     ELIZABETH LANG-MIERS
             JUSTICE